IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARLES J. GOHEEN, Plaintiff | ) | |
| v. | ) | No. 06-709 T (Judge Firestone) |
| THE UNITED STATES, Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joseph B. Syverson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joseph B. Syverson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: November __1___, 2006

s/Joseph B. Syverson_
JOSEPH B. SYVERSON
Justice Department (Tax)
Court of Federal Claims Section
202-307-6508
202-514-9440 (facsimile)