IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-709 T
(Judge Firestone)

CHARLES J. GOHEEN,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of sixty (60) days, from December 12, 2006, to and including February 10, 2007, within which to answer or otherwise respond to the complaint filed in this matter. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney has not yet received the Internal Revenue Service's recommendation and administrative files pertaining to the defense of this refund case. Without the views of the IRS, defendant cannot frame meaningful responses to the allegations in the complaint or determine whether any jurisdictional matters or affirmative defenses should be raised in the answer.

Defendant's counsel spoke with plaintiff's counsel by telephone on December 1, 2006, 2006, and plaintiff's counsel stated that plaintiff has no objection to the requested enlargement.

Respectfully submitted,

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven I. Frahm
Of Counsel

December 1, 2006