# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: December 4, 2006)**

* * * * * * * * * * * * * * * * *
*
**CHARLES J. GOHEEN,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed December 1, 2006, for a 60-day enlargement of within which to answer or otherwise respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its answer by **February 10, 2007**.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge