# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CHARLES J. GOHEEN, | * | |
| Plaintiff, | * | No. 06-709T (ADR) |
| v. | * | Filed: January 5, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Docket No. 8 was filed in error and is hereby stricken from the record.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge