IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-709 T
(Judge Firestone)

CHARLES J. GOHEEN,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF JOSEPH B. SYVERSON**

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiff's tax period ending June 30, 1998.

**Exhibit 2.** Employer's Quarterly Federal Tax Return (Form 941) of Longhorn Trucking, Inc., for the tax period ending June 30, 1998, postmarked December 22, 1998.

**Exhibit 3.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for Longhorn Trucking, Inc.'s tax period ending June 30, 1998.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 5, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508
FAX (202) 514-9440