# United States  Of America

**Department of the Treasury**
**Internal Revenue Service**

Date: NOV 9 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification consisting of 4 pages _____

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Charlotte Klein for*

David Boose,
Field Director,
Submission Processing (Austin)

**EXHIBIT 1**

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

CHARLES J GOHEEN                           EIN/SSN: 


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: JUNE 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | PROMPT ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 49251-114-14701-3 | 21,862.73 | | 04-24-2003 |
| | PROMPT ASSESSMENT 49251-114-14701-3 | 0.00 | | 04-24-2003 |
| | INTEREST ASSESSED 20032008 | 96.04 | | 05-26-2003 |
| 05-07-2003 | XREF 100% PENALTY 941         199806 75-2454057 | | | |
| 06-23-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-18-2003 | FEDERAL TAX LIEN | | | |
| 08-11-2003 | FEES AND COLLECTION COSTS | 32.00 | | |
| 07-14-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-07-2003 | RECEIVED POA/TIA | | | |

FORM 4340   (REV. 01-2002)                    [ PAGE    1 ]

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

CHARLES J GOHEEN                               EIN/SSN: [REDACTED]


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: JUNE 1998
                                       ASSESSMENT,     PAYMENT,      ASSESSMENT
  DATE       EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT        DATE (23C,
                                       (REVERSAL)     (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------


07-17-2003   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

09-30-2003   COLLECTION DUE PROCESS
             EQUIVALENT HEARING
             REQUEST RECEIVED

12-10-2003   COLLECTION DUE PROCESS
             EQUIVALENT HEARING RQST
             WTHDRWN BY TXPYR BECAUSE
             RESOLVED WITH COLLECTION

04-15-2004   OVERPAID CREDIT APPLIED                   2,687.00
             1040        200312

06-28-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-05-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

04-15-2005   OVERPAID CREDIT APPLIED                   2,648.00
             1040        200412

10-11-2005   OFFER IN COMPROMISE
             PENDING

FORM 4340    (REV. 01-2002)              [PAGE    2]
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
CHARLES J GOHEEN                           EIN/SSN:  ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: JUNE 1998
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------


12-05-2005   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

12-28-2005   CORRECTION OF OFFER IN
             COMPROMISE

03-06-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

03-13-2006   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

04-15-2006   OVERPAID CREDIT APPLIED                     2,300.00
             1040        200512

05-22-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

04-24-2003   Statutory Notice of Balance Due

02-27-2006   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                    [PAGE    3]
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
CHARLES J GOHEEN                             EIN/SSN:    [REDACTED]


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: JUNE 1998
-------------------------------------------------------------------------------

BALANCE          14,355.77

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Jacqueline Peques

PRINT NAME: _____Jacqueline Peques_____
TITLE: _____Manager of Special Services Unit_____
                         198 (Rev.5)
DELEGATION ORDER: _____

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 11/01/2006
FORM 4340  (REV. 01-2002)                    [PAGE   4]
```