Form **941** (Rev. January 1998)
Department of the Treasury
Internal Revenue Service

# Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.
Please type or print.

T8141002166639-9

(1) ON 75-2454057

Enter state code for state in which deposits were made ONLY if different from state in address to the right ▶ (see page 3 of instructions).

*******************AUTO**3-DIGIT 750
JUN98 S18 C
LONGHORN TRUCKING INC
% CHARLES J ZUBARIK
709 TOWER LN 154
MC KINNEY TX 75069-1805 07

OMB No. 1545-0029
T
FF
FD
FP
I
T

If address is different from prior return, check here ▶ ☐

IRS Use

EXHIBIT 2

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶

If you are a seasonal employer, see **Seasonal employers** on page 1 of the instructions and check here ▶ ☐

| Line | Description | | | |
|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th . ▶ 1 | | | |
| 2 | Total wages and tips, plus other compensation | | 2 | 103,120 52 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | 3 | 13,974 00 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | 4 | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | 5 | 13974 00 |
| 6 | Taxable social security wages | 6a 103,120 52 × 12.4% (.124) = | 6b | 12,786 93 |
| | Taxable social security tips | 6c × 12.4% (.124) = | 6d | |
| 7 | Taxable Medicare wages and tips | 7a 103,120 52 × 2.9% (.029) = | 7b | 2990 50 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . ▶ ☐ | | 8 | 15,777 45 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ ______ ± Fractions of Cents $ ______ ± Other $ ______ = | | 9 | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | 10 | 15777 45 |
| 11 | **Total taxes** (add lines 5 and 10) | | 11 | 29,751 45 |
| 12 | Advance earned income credit (EIC) payments made to employees | | 12 | |
| 13 | Net taxes (subtract line 12 from line 11). **This should equal line 17, column (d) below (or line D of Schedule B (Form 941))** | | 13 | 29751 45 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | 14 | —0 — |
| 15 | **Balance due** (subtract line 14 from line 13). See instructions | | 15 | 29,751 45 |

RECEIVED
[stamp] 1 2 8 9 8 ... AUSTIN, TEXAS

16 **Overpayment,** if line 14 is more than line 13, enter excess here ▶ $ ______
and check if to be: ☐ Applied to next return **OR** ☐ Refunded.

- **All filers:** If line 13 is less than $500, you need not complete line 17 or Schedule B (Form 941).
- **Semiweekly schedule depositors:** Complete Schedule B (Form 941) and check here ▶ ☐
- **Monthly schedule depositors:** Complete line 17, columns (a) through (d), and check here ▶ ☐

**17 Monthly Summary of Federal Tax Liability.** Do not complete if you were a semiweekly schedule depositor.

| (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
|---|---|---|---|
| | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ John Goheen    Print Your Name and Title ▶ JOHN GOHEEN CFO    Date ▶ 7/25/98

**For Privacy Act and Paperwork Reduction Act Notice, see page 4 of separate instructions.** Cat. No. 17001Z Form **941** (Rev. 1-98)

04-029334

Ex. 2 pg. 1

**SCHEDULE B (FORM 941)**
(Rev. January 1996)
Department of the Treasury
Internal Revenue Service

# Employer's Record of Federal Tax Liability

▶ See Circular E for more information about employment tax returns.
▶ Attach to Form 941 or Form 941-SS.

OMB No. 1545-0029

| Name as shown on Form 941 (Form 941-SS) | Employer identification number | Date quarter ended |
|---|---|---|
| | | |

You must complete this schedule if you are required to deposit on a semiweekly schedule, or if your tax liability on any day is $100,000 or more. Show tax liability here, not deposits. (The IRS gets deposit data from FTD coupons.)

## A. Daily Tax Liability—First Month of Quarter

| Day | Amount | Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 8 | | 15 | | 22 | | 29 | |
| 2 | | 9 | | 16 | | 23 | | 30 | |
| 3 | 1922 56 | 10 | 2639 18 | 17 | 2220 96 | 24 | 2488 20 | 31 | |
| 4 | | 11 | | 18 | | 25 | | | |
| 5 | | 12 | | 19 | | 26 | | | |
| 6 | | 13 | | 20 | | 27 | | | |
| 7 | | 14 | | 21 | | 28 | | | |

**A** Total tax liability for first month of quarter . . . . . ▶ **A** 9270 90

## B. Daily Tax Liability—Second Month of Quarter

| Day | Amount | Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2382 94 | 8 | 2402 94 | 15 | 2362 66 | 22 | 2256 92 | 29 | 2027 78 |
| 2 | | 9 | | 16 | | 23 | | 30 | |
| 3 | | 10 | | 17 | | 24 | | 31 | |
| 4 | | 11 | | 18 | | 25 | | | |
| 5 | | 12 | | 19 | | 26 | | | |
| 6 | | 13 | | 20 | | 27 | | | |
| 7 | | 14 | | 21 | | 28 | | | |

**B** Total tax liability for second month of quarter . . . . . ▶ **B** 11433 24

RECEIVED
12 28 98
IRS-AUSC
AUSTIN, TEXAS

## C. Daily Tax Liability—Third Month of Quarter

| Day | Amount | Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 8 | | 15 | | 22 | | 29 | |
| 2 | | 9 | | 16 | | 23 | | 30 | |
| 3 | | 10 | | 17 | | 24 | | 31 | |
| 4 | | 11 | | 18 | | 25 | | | |
| 5 | 2965 80 | 12 | 1909 60 | 19 | 2343 18 | 26 | 1828 73 | | |
| 6 | | 13 | | 20 | | 27 | | | |
| 7 | | 14 | | 21 | | 28 | | | |

**C** Total tax liability for third month of quarter . . . . . ▶ **C** 9047 31

**D** Total for quarter (add lines **A**, **B**, and **C**). This should equal line 13 of Form 941 . . . . . ▶ **D** 29,751 45

**For Paperwork Reduction Act Notice, see page 2.** Cat. No. 11967Q **Schedule B (Form 941) (Rev. 1-96)**

**Paperwork Reduction Act Notice.**—We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is 2 hr., 40 min.

If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write to the IRS at the address listed in the instructions of the tax return with which this form is filed.

## General Instructions

**Purpose of Form.**—Use Schedule B (Form 941) to report your tax liability (income tax withheld plus both employee and employer social security and Medicare taxes minus any advance earned income credit payments) on a daily basis. DO NOT show Federal tax deposits here. Deposit information is obtained from the deposit coupons (Form 8109).

**Who Must File.**—Semiweekly schedule depositors are required to complete and attach Schedule B to Form 941. Monthly schedule depositors who accumulate $100,000 or more on any day must also complete and attach Schedule B. *If your total tax liability for the quarter is less than $500, you need not complete Schedule B (Form 941).* Schedule B also must be used by semiweekly schedule depositors who file **Form 941-SS,** Employer's Quarterly Federal Tax Return (for Guam, the Virgin Islands, etc.).

**Important.**—Schedule B (Form 941) is used by the IRS to determine if you have timely deposited your employment and withholding tax liabilities. Unless Schedule B is properly completed and filed with Form 941, the IRS will not be able to process your return and will have to contact you for the missing information.

## Specific Instructions

**Completing the Employer's Record of Federal Tax Liability.**—If you are required to report your tax liabilities on Schedule B (Form 941) as discussed above, file the schedule with Forms 941 or 941-SS. Do not complete columns (a) through (d) of the Monthly Summary of Federal Tax Liability (e.g., line 17 on Form 941). However, be sure to mark the Schedule B checkbox.

Each numbered space on the schedule corresponds to dates during the quarter. Report your tax liabilities on this schedule corresponding to the dates wages are paid, **not** to when payroll liabilities are accrued. For example, if your payroll period ends December 31, 1995, and the wages for that period are paid on January 5, 1996, the employment tax liability for those wages should be reported on Schedule B for the first quarter of 1996 on line 5, section A (First Month of Quarter).

**Example A:** Employer A, who has a semiweekly deposit schedule, pays wages once each month on the last day of the month. On December 20, 1996, Employer A paid year-end employee bonuses (subject to employment tax and income tax withholding). Since Employer A is a semiweekly schedule depositor, it is required to record employment tax and withholding liabilities on Schedule B (Form 941). Employer A should report tax liabilities for the 4th quarter (October–December) Schedule B on line 31, section A (First Month of Quarter); line 30, section B (Second Month of Quarter); and lines 20 and 31, section C (Third Month of Quarter).

Enter the monthly totals on lines **A, B,** and **C.** Add these monthly subtotals and enter the total tax liability for the quarter on line **D.** The amount on line **D** should equal Form 941, line 13; or Form 941-SS, line 10.

**Example B:** Employer B is a semiweekly schedule depositor. It has paydays every other Friday. It accumulated a $20,000 employment tax liability on each of the following pay dates: 1/5/96; 1/19/96; 2/2/96; 2/16/96; 3/1/96; 3/15/96; and 3/29/96. Since Employer B is a semiweekly schedule depositor, it is required to record its tax liabilities on Schedule B (Form 941).

Employer B must record the $20,000 liabilities on lines 5 and 19 of part A (First Month of Quarter); lines 2 and 16 of part B (Second Month of Quarter); and lines 1, 15, and 29 of part C (Third Month of Quarter).

**Example C:** Employer C is a new business and is a monthly schedule depositor for 1996. Employer C has paydays every Friday and accumulated a $2,000 employment tax liability on 1/5/96 and a $110,000 tax liability on 1/12/96 and each of the following Fridays during 1996. The deposit rules state that an employer becomes a semiweekly schedule depositor when a $100,000 or more tax liability is accumulated on any day within a deposit period (see section 11 of Circular E for details). Since Employer C accumulated $110,000 on 1/12/96, it became a semiweekly schedule depositor on that date and must complete Schedule B (Form 941) and file it with Form 941. It should record the $2,000 liability on line 5 of section A and $110,000 on the lines for the remaining pay dates. Employer C would not complete the Monthly Summary of Federal Tax Liability (line 17 of Form 941) even though it was a monthly schedule depositor until 1/12/96.

**Adjustments.**—Semiweekly schedule depositors must take into account on Schedule B adjustments to correct errors on prior returns (e.g., reported on lines 4 and 9 of Form 941). If the adjustment was to correct an **underreported liability** in a prior quarter, report the adjustment on the entry space corresponding to the date the error was discovered.

If the adjustment corrects an **overreported liability,** use the adjustment amount as a credit to offset subsequent liabilities until it is used up. For example, Employer D discovered on 1/10/96 that it overreported social security tax on a prior quarter return by $10,000. It paid wages on 1/5/96, 1/12/96, 1/19/96, and 1/26/96 and had a $5,000 tax liability for each of those pay dates. Employer D must report a $5,000 liability on line 5, section A of Schedule B. The adjustment for the $10,000 overreported liability is used to offset the 1/12/96 and 1/19/96 liabilities, so these two $5,000 liabilities are not deposited or reported on Schedule B. The $5,000 liability for 1/26/96 must be reported on line 26, section A of Schedule B. See section 13 of Circular E for details on reporting adjustments to correct errors on prior period returns.

**Longhorn Trucking, Inc.**

709 Tower Lane
McKinney, TX 75069
◆
Phone 972/562-5809
Fax 972/562-6837

December 22, 1998

Internal Revenue Service
Austin, TX

Dear IRS representative:

Over the course of the past 10 months Longhorn Trucking, Inc. has faced some severe financial troubles. For this reason, the 941 payroll taxes for the 2nd and 3rd quarters have been delinquent and remain unpaid. In order to avoid any drastic measures, Longhorn Trucking, Inc. would like to work out a payment option to clear the company of all tax liabilities. We wish to be cooperative in all aspects of this matter. Please advise Longhorn Trucking, Inc. of all necessary actions to be taken in the near future.

Sincerely,

John Goheen

John Goheen
CFO

RECEIVED
... 3898
IRS-AUSC
... TEXAS
9862

Copy sent to collections
1-28-1999

709 TOWER LANE
Mckinney, Tx 75069

UNITED STATES POSTAGE
163
3A10 $00.55⁰ PB9708290
0126 DEC 22 98
MAILED FROM ZIP CODE 75069

Internal Revenue Service
Austin, Tx 73301