

United States Of America

Department of the Treasury
Internal Revenue Service

Date: NOV 9 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification consisting of 4 pages _____ under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Charlotte Klein for*

David Boose,
Field Director,
Submission Processing (Austin)

**EXHIBIT 3**

Form **2866** (Rev. 09-1997)

Ex. 3 pg. 1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------

LONGHORN TRUCKING INC                    EIN/SSN: 75-2454057


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: JUNE 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-28-1998 | RETURN FILED 18141-002-16639-9  199903 | | 29,751.45 | 02-01-1999 |
| | LATE FILING PENALTY 19990308 | 6,694.08 | | 07-31-1998 |
| | FEDERAL TAX DEPOSIT PENALTY 19990308 | 2,975.14 | | 02-01-1999 |
| | FAILURE TO PAY TAX PENALTY 19990308 | 1,041.30 | | 02-01-1999 |
| | INTEREST ASSESSED 19990308 | 1,474.74 | | 02-01-1999 |
| | FEDERAL TAX DEPOSIT PENALTY 19990808 | 1,487.57 | | 03-08-1999 |
| 04-08-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 05-14-1999 | FEDERAL TAX LIEN | | | |
| 06-14-1999 | FEES AND COLLECTION COSTS | 52.00 | | |

FORM 4340    (REV. 01-2002)                  [PAGE    1]

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
LONGHORN TRUCKING INC                          EIN/SSN: 75-2454057



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: JUNE 1998

                                          ASSESSMENT,     PAYMENT,     ASSESSMENT
 DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                           (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
06-08-1999   SUBSEQUENT PAYMENT                           13,717.71
             MISCELLANEOUS PAYMENT

06-09-1999   LEGAL SUIT PENDING

06-29-1999   SUBSEQUENT PAYMENT                              296.80
             MISCELLANEOUS PAYMENT

08-10-1999   SUBSEQUENT PAYMENT                            3,446.80
             MISCELLANEOUS PAYMENT

09-01-1999   RECEIVED POA/TIA

06-09-1999   LEGAL SUIT PENDING

01-10-2000   FEDERAL TAX LIEN

05-16-2002   LEGAL/BANKRUPTCY SUIT NO
             LONGER PENDING

06-03-2002   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

05-07-2003   ███████████████████


FORM 4340   (REV. 01-2002)                    [PAGE    2]
```

Ex. 3 pg. 3

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

LONGHORN TRUCKING INC                         EIN/SSN: 75-2454057



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941           TAX PERIOD: JUNE 1998

                                          ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS    CREDIT       DATE (23C,
                                          (REVERSAL)      (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
04-15-2004  BALANCE ADJUSTED TRUST                        2,687.00
            FUND RECOVERY PENALTY
            CASES

04-15-2005  BALANCE ADJUSTED TRUST                        2,648.00
            FUND RECOVERY PENALTY
            CASES

04-15-2006  BALANCE ADJUSTED TRUST                        2,300.00
            FUND RECOVERY PENALTY
            CASES

11-23-1998  Taxpayer Deliquency Notice

02-01-1999  Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                      PAGE    3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

LONGHORN TRUCKING INC                          EIN/SSN: 75-2454057



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: JUNE 1998
-----------------------------------------------------------------------------


BALANCE         18,379.97

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Jacqueline Peques

PRINT NAME: _____Jacqueline Peques_____
TITLE: _____Manager of Special Services Unit_____
            198 (Rev.5)
DELEGATION ORDER: _____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 11/01/2006

FORM 4340    (REV. 01-2002)                    [PAGE    4]
```

Ex. 3 pg. 5