**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 06-709 T**
**(Judge Firestone)**

**CHARLES J. GOHEEN,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

---

**PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSE AND COUNTERCLAIM**

---

Plaintiff, Charles J. Goheen, in reply to the Affirmative Defense and Counterclaim of Defendant, The United States, admits, denies, and alleges as follows:

9. Admits the allegations contained in paragraph 9 of Defendant's Affirmative Defense.

10. Admits the allegations contained in paragraph 10 of Defendant's Affirmative Defense.

11. Admits the allegations contained in paragraph 11 of Defendant's Affirmative Defense.

12. Admits the allegations contained in paragraph 12 of Defendant's Affirmative Defense.

13. Admits that the claim for refund is not timely with respect to a payment in the amount of $2,687.00.

14. Admits the allegations contained in paragraph 14 of Defendant's Counterclaim.

15. Admits the allegations contained in paragraph 15 of Defendant's Counterclaim.

16. Admits the allegations contained in paragraph 16 of Defendant's Counterclaim.

17. Admits the allegations contained in paragraph 17 of Defendant's Counterclaim.

18. Admits the allegations contained in paragraph 18 of Defendant's Counterclaim.

19. Admits the allegations contained in paragraph 19 of Defendant's Counterclaim.

20. Admits the allegations contained in paragraph 20 of Defendant's Counterclaim, but denies that Plaintiff is a person who is responsible and willful for the penalty that has been assessed.

21. Denies the allegations contained in paragraph 21 of Defendant's Counterclaim.

22. Denies the allegations contained in paragraph 22 of Defendant's Counterclaim.

23. Denies the allegations contained in paragraph 23 of Defendant's Counterclaim.

24. Denies the allegations contained in paragraph 24 of Defendant's Counterclaim.

25. Is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Defendant's Counterclaim.

WHEREFORE, Plaintiff prays that judgment be entered in his favor in the amount of $7,635.00, or such other amount to which he is entitled in law and in fact, and against Defendant on its Counterclaim, together with interest thereon according to law, for costs, attorneys' fees and such other and further relief as may be just and appropriate in the premises.

Respectfully submitted,

**TOWNSEND & JONES, L.L.P.**

Dated: February 19, 2007

s/ Lawrence R. Jones, Jr.

LAWRENCE R. JONES, JR.

8100 Lomo Alto, Suite 238
Dallas, Texas 75225
(214) 696-2661
(214) 764-3320 - Fax

**ATTORNEYS FOR PLAINTIFF**