**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 06-709 T**
**(Judge Firestone)**

**CHARLES J. GOHEEN,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

---

**PLAINTIFF'S RESPONSE TO MOTION OF THE UNITED STATES TO DISMISS IN PART PLAINTIFF'S COMPLAINT**

---

Plaintiff, Charles J. Goheen, in response to the Motion of the United States to Dismiss in Part Plaintiff's Complaint, submits the following:

Plaintiff concedes that his Claim for Refund was not timely with respect to $2,687.00 paid by Plaintiff on April 15, 2004. Accordingly, Plaintiff agrees that only the part of Plaintiff's Complaint with respect to the $2,687.00 should be dismissed.

Respectfully submitted,

**TOWNSEND & JONES, L.L.P.**

Dated: March 5, 2007

s/ Lawrence R. Jones, Jr.
LAWRENCE R. JONES, JR.

8100 Lomo Alto, Suite 238
Dallas, Texas 75225
(214) 696-2661
(214) 764-3320 - Fax

**ATTORNEYS FOR PLAINTIFF**