# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: March 6, 2007)**

* * * * * * * * * * * * * * * * *
*
**CHARLES J. GOHEEN,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Pending before the court is the defendant's ("defendant" or "government") motion to dismiss, in part, plaintiff Charles J. Goheen's ("plaintiff" or "Goheen") complaint. The government contends that the court lacks subject matter jurisdiction over the portion of Mr. Goheen's complaint that seeks refund of a payment of $2,687.00 that Mr. Goheen made to the Internal Revenue Service on April 15, 2004, more than two years before he filed an administrative claim for refund of the payment, on May 22, 2006. Mr. Goheen concedes that the administrative claim for refund, filed on May 22, 2006, was not timely with regard to the April 15, 2004 payment, and agrees that the portion of the complaint with respect to the April 15, 2004 payment should be dismissed as set forth in Rule 54(b) of the Rules of the United States Court of Federal Claims. Accordingly, the court hereby **GRANTS** the government's motion to dismiss, in part, the plaintiff's complaint and **ORDERS** that the plaintiff file an amended complaint by **Tuesday, March 20, 2007** setting forth his remaining claims with regard to his April 15, 2005 and April 15, 2006 tax payments.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge