# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: April 13, 2007)**

* * * * * * * * * * * * * * * * *
*
**CHARLES J. GOHEEN,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** the joint preliminary status conference for **Tuesday, April 24, 2007 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (214) 696-2661; counsel for defendant at (202) 307-6508. The court will initiate the call.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge