# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: April 24, 2007)**

* * * * * * * * * * * * * * * * *
**CHARLES J. GOHEEN,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the April 24, 2007 conference call in the above-captioned case, the court hereby **ORDERS** the following:

1. The parties shall complete discovery by **Monday, October 15, 2007**.

2. The parties shall file a joint status report no later than **Thursday, October 25, 2007** proposing the next steps to take in this litigation.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge