IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-709 T
(Judge Firestone)

CHARLES J. GOHEEN,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 24, 2007, the parties submit the following joint status report.

On October 5, 2007, plaintiff submitted to defendant an offer to settle all the outstanding issues in this case, revising a settlement offer that plaintiff submitted to defendant on September 20, 2007. On October 25, 2007, the date of this status report, defendant received current financial information from plaintiff that is essential to the consideration of this offer. This financial information will now be evaluated on defendant's behalf by the Internal Revenue Service. Defendant's trial attorney will then prepare a memorandum, discussing the proposed settlement, plaintiff's financial information, the Internal Revenue Service's analysis, and recommending whether the offer should be accepted. Under the Tax Division's established settlement procedures, the Court of Federal Claims Section of the Tax Division has the authority to accept or reject the proposed settlement.

As the parties are hopeful a settlement will be reached, and that no further court

proceedings will be necessary, they jointly propose that proceedings be suspended, pending further consideration of plaintiff's settlement offer. The parties further propose that they file a joint status report with the Court every 60 days, apprising the Court of the status of settlement.

Respectfully submitted,

October 25, 2007

s/ Lawrence R. Jones, Jr.

LAWRENCE R. JONES, JR.
Townsend & Jones, L.L.P.
8100 Lomo Alto, Suite 238
Dallas, TX 75225
(214) 696-2661 - telephone
(214) 764-3320 - facsimile

*Attorney for Plaintiff*

October 25, 2007

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

October 25, 2007

s/ Steven I. Frahm
Of Counsel

*Attorneys for Defendant*