# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: October 26, 2007)**

* * * * * * * * * * * * * * * * *
*
**CHARLES J. GOHEEN,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed October 25, 2007, indicating that defendant is reviewing plaintiff's revised settlement offer and current financial information. The parties request that the proceedings be suspended in order to allow defendant finalize its review of plaintiff's settlement offer. The parties request is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report by **Friday, December 28, 2007** apprising the court of progress made towards a final resolution of this case.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge