IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-709 T
(Judge Firestone)

CHARLES J. GOHEEN,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order of October 26, 2007, the parties submit the following joint status report, apprising the Court of the parties' progress towards a final resolution of the outstanding issues in this case.

On October 26, 2007, defendant submitted to the Internal Revenue Service (IRS) the current financial information from plaintiff that it received from plaintiff the previous day. The IRS is continuing its analysis of this information, and, based on conversations with IRS personnel, defendant anticipates, absent presently unforseen developments, that the IRS will complete its analysis soon. When defendant has received the IRS's analysis, defendant's trial attorney will finish preparation of a memorandum, discussing the proposed settlement, plaintiff's financial information, the IRS's analysis, and recommending whether the offer should be accepted. Under the Tax Division's established settlement procedures, the Court of Federal Claims Section of the Tax Division has the authority to accept or reject the proposed settlement.

Respectfully submitted,

December 21, 2007

s/ Lawrence R. Jones, Jr.
LAWRENCE R. JONES, JR.
Townsend & Jones, L.L.P.
8100 Lomo Alto, Suite 238
Dallas, TX 75225
(214) 696-2661 - telephone
(214) 764-3320 - facsimile

*Attorney for Plaintiff*

December 21, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

December 21, 2007

s/ Steven I. Frahm
Of Counsel

*Attorneys for Defendant*