# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: January 4, 2008)**

* * * * * * * * * * * * * * * * * *
*
**CHARLES J. GOHEEN,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed December 21, 2007, indicating that defendant is reviewing plaintiff's revised settlement offer and current financial information. The above-captioned case remains **STAYED**. The parties shall file a joint status report by **Thursday, February 28, 2008** apprising the court of progress made towards a final resolution of this case.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge