IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-709 T
(Judge Firestone)

CHARLES J. GOHEEN,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 4, 2008, the parties submit the following joint status report, apprising the Court of the parties' progress towards a final resolution of the outstanding issues in this case.

On February 19, 2008, plaintiff's October 5, 2007, offer was accepted on behalf of the Attorney General, on condition that the first payment to the United States be made within 30 days of the letter. Plaintiff expects to make that payment within the required time period, after which the parties will file a stipulation for dismissal and entry of judgment.

Plaintiff has assisted in the preparation of this status report, and authorized defendant to file it on his behalf.

Respectfully submitted,

February 28, 2008

s/ Lawrence R. Jones, Jr.
LAWRENCE R. JONES, JR.
Townsend & Jones, L.L.P.
8100 Lomo Alto, Suite 238
Dallas, TX 75225
(214) 696-2661 - telephone
(214) 764-3320 - facsimile

*Attorney for Plaintiff*

February 28, 2008

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 28, 2008

s/ Steven I. Frahm
Of Counsel

*Attorneys for Defendant*