# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: February 29, 2008)**

* * * * * * * * * * * * * * * * * *
**CHARLES J. GOHEEN,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed February 29, 2008, indicating that on February 19, 2008 defendant accepted plaintiff's settlement offer on the condition that the first payment to the United States by made within 30 days. Plaintiff expects to make that payment within the required time period, after which the parties will file a stipulation for dismissal and entry of judgment. The above-captioned case remains **STAYED**. The parties shall file either a stipulation for dismissal or a joint status report by **Wednesday, April 2, 2008**.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge