IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-709 T
(Judge Firestone)

CHARLES J. GOHEEN,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

**STIPULATION FOR DISMISSAL AND ENTRY OF JUDGMENT**

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

It is hereby further stipulated and agreed that judgment may be entered in favor of the United States and against Charles J. Goheen for the unpaid assessed balance of penalties imposed under 26 U.S.C. § 6672, and related interest and penalties, for the following taxable periods in the following amounts, plus interest according to law:

| Taxable Period Ending | Amount |
|---|---|
| June 30, 1998 | $14,355.77 |
| September 30, 1998 | $22,398.56 |
| December 31, 1998 | $21,123.61 |
| March 31, 1999 | $5,328.54 |
| | -------------- |
| Total: | $63,206.48 |

Respectfully submitted,

March 17, 2008

s/ Lawrence R. Jones, Jr.
LAWRENCE R. JONES, JR.
Townsend & Jones, L.L.P.
8100 Lomo Alto, Suite 238
Dallas, TX 75225
(214) 696-2661 - telephone
(214) 764-3320 - facsimile

*Attorney for Plaintiff*

March 17, 2008

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 17, 2008

s/ Steven I. Frahm
Of Counsel

*Attorneys for Defendant*