# In the United States Court of Federal Claims

**No. 06-709T**
**(Filed: March 19, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **CHARLES J. GOHEEN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The parties' stipulation for dismissal and entry of judgment, filed March 17, 2008, is **APPROVED**. The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

Nancy B. Firestone
NANCY B. FIRESTONE
Judge