# In the United States Court of Federal Claims

**No. 06-709 T**

**CHARLES J. GOHEEN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' March 17, 2008 Stipulation for Dismissal and Entry of Judgment, and the court's Order, filed March 19, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. The parties shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of the United States and against plaintiff, Charles J. Goheen, for the unpaid assessed balance of penalties imposed under 26 U.S.C. § 6672, and related interest and penalties, for the following taxable periods in the following amounts, plus interest according to law:

| Taxable Period Ending | Amount |
|---|---|
| June 30, 1998 | $14,355.77 |
| September 30, 1998 | $22,398.56 |
| December 31, 1998 | $21,123.61 |
| March 31, 1999 | $5,328.54 |
| **TOTAL** | **$63,206.48.** |

John S. Buckley
Acting Clerk of Court

**March 19, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.